LINDSAY ANNE WESTON
Attorney  State Bar No. 73132
1411 W. Covell Blvd., Ste. 106, No.283
Davis, California 95616-5934
(530) 756-7774

Attorney for Petitioner,
JOSE GUADALUPE MENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S-03-083 FCD |
| Plaintiff, ) | |
| v. ) | AMENDED ORDER TO UNSEAL TRANSCRIPT OF HEARING OF GUILTY PLEA FOR PURPOSES OF APPEAL |
| JOSE GUADALUPE MENDEZ, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the transcript of the proceeding of July 15, 2004, in which defendant-Appellant JOSE GUALDALUPE MENDEZ entered a plea of guilty, be unsealed for the limited purpose of preparation of a transcript of the hearing for preparation of an appeal of the judgment and sentence in this matter.

IT IS FURTHER ORDERED THAT the court reporter, Michelle Babbitt, make available a copy of the transcript to appellate counsel for Mr. Mendez, Lindsay Weston, and to counsel for the government, Assistant United States Attorney Richard Bender.

The proceeding is to remain sealed for all other purposes without further order of this Court.

DATED: June 9, 2005

                                  /s/ Frank C. Damrell Jr.
                                  FRANK C. DAMRELL, JR.
                                  United States District Court Judge