```
LINDSAY ANNE WESTON
Attorney  State Bar No. 73132
1411 W. Covell Blvd., Ste. 106, No.283
Davis, California 95616-5934
(530) 756-7774


Attorney for Petitioner,
JOSE GUADALUPE MENDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GUADALUPE MENDEZ,<br><br>Defendant. | No. CR S-03-083 FCD<br><br>[ORDER<br>TO UNSEAL<br>TWO SENTENCING DOCUMENTS<br>FOR PURPOSES OF APPEAL |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that documents identified as numbers 83 and 84 filed in this matter on October 12, 2004 be unsealed for the limited purpose of preparation of an appeal of the judgment and sentence in this matter.

IT IS FURTHER ORDERED THAT the Office of the Clerk or the government make available a copy of these documents to appellate counsel for Mr. Mendez, Lindsay Weston.

/////

/////

-1-

The documents are to remain sealed for all other purposes without further order of this Court.

DATED: August 22, 2005

                                    /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL, JR.
                                    United States District Court Judge