UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 10, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE GUADALUPE MENDEZ

Defendant.

Case No. 2:03-CR-00083-GEB-1

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSE GUADALUPE MENDEZ Case No. 2:03-CR-00083-GEB-1 Charges 18 U.S.C. § 3606 – Violation of Probation from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): With the previously-set conditions of

**X** Supervised Release as stated on the record in open court.

Issued at Sacramento, California on December 10, 2019 at 10:00 AM

By: _____
HONORABLE DEBORAH BARNES
United States Magistrate Judge